IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:17-po-0348 DMC |
| Plaintiff, | 3:17-po-0349 DMC |
| vs. | <u>ORDER</u> |
| JAMES HENNINGER, | |
| Defendant. | |

Defendant is to remain in the custody of the U.S. Marshal's to be held at the Shasta County Detention Facility, Redding, California. Defendant shall be brought before the U.S. Magistrate Judge at 2986 Bechelli Lane, Redding, California, for further proceedings on December 11, 2018, at 10:30 a.m.

Dated: December 5, 2018

_____
Dennis M. Cota
U.S. Magistrate Judge

1